# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60635   State of Texas v. EPA
                      Agency No. 88 Fed. Reg. 71,757

The court has taken the following action in this case:

CLERK ORDER denying motion to stay further proceedings in this court filed by Respondents EPA and Mr. Michael S. Regan

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Majella A. Sutton, Deputy Clerk
                      504-310-7680

Mr. William Francis Cole
Mr. Merrick Garland, U.S. Attorney General
Mr. Jeffrey T. Hammons
Mr. Kyle D. Highful
Mr. Jeffrey Prieto