# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 04, 2025

Mr. Jeffrey T. Hammons
U.S. Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

Mr. Benjamin Wallace Mendelson
Office of the Texas Attorney General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 23-60635    State of Texas v. EPA
                       USDC No. 88 Fed. Reg. 71,757

Dear Counsel:

This letter will serve to advise the parties that the court has requested the filing of supplemental letter briefs analyzing the effect on the issue in this case of the Supreme Court's decision in FDA v. Wages and White Lion Investments, L.L.C., No. 23-1038 (April 2, 2025).

The letter briefs should be no more than 15 pages in length and filed in this office on or before April 25, 2025, by 12 p.m. (CST).

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Christy M. Combel, Deputy Clerk
                                     504-310-7651

cc:
    Mr. William Francis Cole
    Mr. Jeffrey Prieto