

U.S. Department of Justice

Environment and Natural Resources Division

---

**Environmental Defense Section**  
P.O. Box 7611  
Washington, D.C. 20044

(202) 305-4598  
jeffrey.hughes@usdoj.gov

May 8, 2025

<u>**VIA CM/ECF**</u>

Lyle W. Cayce  
Clerk of the Court  
United States Court of Appeals  
    for the Fifth Circuit  
600 S. Maestri Place  
New Orleans, Louisiana 70130-3408

**Re:** *State of Texas v. EPA*, No. 23-60635

Dear Mr. Cayce:

    We respectfully submit this letter pursuant to Federal Rule of Appellate Procedure 28(j) and Fifth Circuit Rule 28.4 to advise the Court that EPA has determined that Texas has submitted complete State Implementation Plan ("SIP") revisions for the Dallas-Fort Worth, Houston-Galveston-Brazoria, and San Antonio nonattainment areas to fulfill obligations flowing from their Moderate classification. *See* Exs. A–C.

    In this case, Texas challenges EPA's final action finding that the State failed to submit required SIP revisions for three Moderate nonattainment areas: Dallas-Fort Worth, Houston-Galveston-Brazoria, and San Antonio. Texas submitted to EPA the required elements in SIP revisions on April 17, 2025. *See id.* On April 30, 2025, EPA determined that these submissions were complete. *See id.*

    As a result, there is no longer a possibility that Texas will be subject to either permitting sanctions or highway sanctions as a result of EPA's October 2023 finding. *See, e.g.*, Ex. A at 2 ("The mandatory sanctions clock is stopped permanently by this completeness determination letter."); 42 U.S.C. § 7509(a) (the sanctions will not apply if the "deficiency"—here, the failure to submit SIP revisions—is corrected within 18 months of the finding of failure to submit).

1

Respectfully submitted,

*/s/ Jeffrey Hughes*
Jeffrey Hughes

cc: Counsel of record, via CM/ECF

# Exhibit A



**REGION 6**

DALLAS, TX 75270

April 30, 2025

Ms. Kelly Keel
Executive Director
Texas Commission on Environmental Quality
Post Office Box 13087
Austin, Texas 78711-3087

Dear Executive Director Keel:

On April 17, 2025, the U.S. Environmental Protection Agency (EPA) received revisions to the Texas State Implementation Plan (SIP) submitted by the Texas Commission on Environmental Quality (TCEQ):

- *Dallas-Fort Worth Moderate Area Attainment Demonstration State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard (TCEQ Project No. 2022-021-SIP-NR)*
- *Dallas-Fort Worth and Houston-Galveston-Brazoria Moderate Area Reasonable Further Progress State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard (TCEQ Project No. 2022-023-SIP-NR)*

We appreciate receiving these submittals, recognizing the importance of addressing Ozone nonattainment in the Dallas-Fort Worth (DFW) area. Texas submitted these SIP revisions to satisfy nonattainment planning requirements of the Clean Air Act (CAA) for the 2015 8-Hour Primary Ozone National Ambient Air Quality Standard (NAAQS).

In an October 18, 2023, final *Federal Register* notice (88 FR 71757), the EPA found that Texas failed to submit SIP revisions for the DFW nonattainment area addressing the CAA sections 172, 182(b), and 182(f) Moderate area elements, as follows:
- Nonattainment New Source Review (NNSR) program
- Plan for 15% Reasonable Further Progress (RFP) over 6 years
- Attainment Demonstration
- Reasonably Available Control Measures (RACM)
- Major source Volatile Organic Compounds/Nitrogen Oxides (VOC/$NO_X$) Reasonably Available Control Technology (RACT)
- Non-Control Techniques Guidelines (CTG) VOC RACT for major sources
- Contingency Measures
- Basic emissions Inspection and Maintenance (I/M) program

The EPA's October 18, 2023, finding started mandatory permitting sanction and highway sanction clocks for the DFW area under CAA section 179(b).

On June 20, 2024, the EPA granted Texas Governor Greg Abbott's request to voluntarily reclassify the DFW ozone nonattainment area from Moderate to Serious for the 2015 ozone NAAQS (89 FR 51829). Consistent with the voluntary reclassification and the EPA's January 17, 2025, final rule *State Implementation Plan Submittal Deadlines and Implementation Requirements for Reclassified Nonattainment Areas Under the Ozone National Ambient Air Quality Standards* (90 FR 5651), TCEQ is no longer required to submit the following 2015 ozone NAAQS Moderate area SIP revisions identified in the EPA's October 18, 2023, final action:

- An Attainment Demonstration tied to the 2015 ozone NAAQS Moderate attainment date (i.e., August 3, 2024).
- A RACM analysis tied to the 2015 ozone NAAQS Moderate attainment date (i.e., August 3, 2024).
- Contingency Measures specifically related to the DFW area's failure to attain by the 2015 ozone NAAQS Moderate attainment date (i.e., August 3, 2024).

Texas' April 17, 2025, SIP submittals address the remaining required Moderate area elements in the October 18, 2023, finding of failure to submit for the DFW area: NNSR, RFP, Contingency Measures for RFP, RACT analysis, and Basic I/M. The EPA has reviewed the submittals against the 40 CFR Part 51, Appendix V SIP submittal completeness criteria and determined that the submission for these elements is complete. As a result of the affirmative completeness determination today, the mandatory CAA section 179(b) permitting sanction and highway sanction will not take effect in the DFW nonattainment area. The mandatory sanctions clock is stopped permanently by this completeness determination letter. Please note that a completeness determination does not constitute a finding on the merits of a submission or whether it meets the relevant criteria for SIP approval. We are currently reviewing each SIP revision to determine its approvability and will announce our proposed decision in the *Federal Register*.

If you or your staff have any questions regarding this letter, please contact our Ozone and Infrastructure Section Manager, Melanie Magee, by email at magee.melanie@epa.gov or by telephone at 214-665-7161.

Sincerely,

JAMES MCDONALD
Digitally signed by JAMES MCDONALD
Date: 2025.04.30 09:26:13 -05'00'

James McDonald
Director
Air and Radiation Division

cc:  Mr. Cory Chism, Director, Air Quality Division
     Ms. Donna F. Huff, Deputy Director, Air Quality Division

# Exhibit B



**REGION 6**

DALLAS, TX  75270

April 30, 2025

Ms. Kelly Keel
Executive Director
Texas Commission on Environmental Quality
Post Office Box 13087
Austin, Texas 78711-3087

Dear Executive Director Keel:

On April 17, 2025, the U.S. Environmental Protection Agency (EPA) received revisions to the Texas State Implementation Plan (SIP) submitted by the Texas Commission on Environmental Quality (TCEQ):

- *Houston-Galveston-Brazoria Moderate Area Attainment Demonstration State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard (TCEQ Project No. 2022-022-SIP-NR)*
- *Dallas-Fort Worth and Houston-Galveston-Brazoria Moderate Area Reasonable Further Progress State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard (TCEQ Project No. 2022-023-SIP-NR)*

We appreciate receiving these submittals, recognizing the importance of addressing Ozone nonattainment in the Houston-Galveston-Brazoria (HGB) area. Texas submitted these SIP revisions to satisfy nonattainment planning requirements of the Clean Air Act (CAA) for the 2015 8-Hour Primary Ozone National Ambient Air Quality Standard (NAAQS).

In an October 18, 2023, final *Federal Register* notice (88 FR 71757), the EPA found that Texas failed to submit SIP revisions for the HGB nonattainment area addressing the CAA sections 172, 182(b), and 182(f) Moderate area elements, as follows:
- Nonattainment New Source review (NNSR) program
- Plan for 15% Reasonable Further Progress (RFP) over 6 years
- Attainment Demonstration
- Reasonably Available Control Measures (RACM)
- Major source Volatile Organic Compounds/Nitrogen Oxides (VOC/NO$_X$) Reasonably Available Control Technology (RACT)
- Non-Control Techniques Guidelines (CTG) VOC RACT for major sources
- Contingency Measures
- Basic emissions Inspection and Maintenance (I/M) program

The EPA's October 18, 2023, finding started mandatory permitting sanction and highway sanction clocks for the HGB area under CAA section 179(b).

On June 20, 2024, the EPA granted Texas Governor Greg Abbott's request to voluntarily reclassify the HGB ozone nonattainment area from Moderate to Serious for the 2015 ozone NAAQS (89 FR 51829). Consistent with the voluntary reclassification and the EPA's January 17, 2025, final rule *State Implementation Plan Submittal Deadlines and Implementation Requirements for Reclassified Nonattainment Areas Under the Ozone National Ambient Air Quality Standards* (90 FR 5651), TCEQ is no longer required to submit the following 2015 ozone NAAQS Moderate area SIP revisions identified in the EPA's October 18, 2023, final action:

- An Attainment Demonstration tied to the 2015 ozone NAAQS Moderate attainment date (i.e., August 3, 2024).
- A RACM analysis tied to the 2015 ozone NAAQS Moderate attainment date (i.e., August 3, 2024).
- Contingency Measures specifically related to the HGB area's failure to attain by the 2015 ozone NAAQS Moderate attainment date (i.e., August 3, 2024).

Texas' April 17, 2025, SIP submittals address the remaining required Moderate area elements in the October 18, 2023, finding of failure to submit for the HGB area: NNSR, RFP, Contingency Measures for RFP, RACT analysis, and Basic I/M. The EPA has reviewed the submittals against the 40 CFR Part 51, Appendix V SIP submittal completeness criteria and determined that the submission for these elements is complete. As a result of the affirmative completeness determination today, the mandatory CAA section 179(b) permitting sanction and highway sanction will not take effect in the HGB nonattainment area. The mandatory sanctions clock is stopped permanently by this completeness determination letter. Please note that a completeness determination does not constitute a finding on the merits of a submission or whether it meets the relevant criteria for SIP approval. We are currently reviewing each SIP revision to determine its approvability and will announce our proposed decision in the *Federal Register*.

If you or your staff have any questions regarding this letter, please contact our Ozone and Infrastructure Section Manager, Melanie Magee, by email at magee.melanie@epa.gov or by telephone at 214-665-7161.

Sincerely,

JAMES MCDONALD
Digitally signed by JAMES MCDONALD
Date: 2025.04.30 09:31:02 -05'00'

James McDonald
Director
Air and Radiation Division

cc: Mr. Cory Chism, Director, Air Quality Division
Ms. Donna F. Huff, Deputy Director, Air Quality Division

# Exhibit C



**REGION 6**

DALLAS, TX 75270

April 30, 2025

Ms. Kelly Keel
Executive Director
Texas Commission on Environmental Quality
Post Office Box 13087
Austin, Texas 78711-3087

Dear Executive Director Keel:

On April 17, 2025, the U.S. Environmental Protection Agency (EPA) received revisions to the Texas State Implementation Plan (SIP) submitted by the Texas Commission on Environmental Quality (TCEQ):

- *Bexar County Moderate Area Attainment Demonstration State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard (TCEQ Project No. 2022-025-SIP-NR)*
- *Bexar County Moderate Area Reasonable Further Progress State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard (TCEQ Project No. 2022-024-SIP-NR)*

We appreciate receiving these submittals, recognizing the importance of addressing Ozone nonattainment in the San Antonio area. Texas submitted these SIP revisions to satisfy nonattainment planning requirements of the Clean Air Act (CAA) for the 2015 8-Hour Primary Ozone National Ambient Air Quality Standard (NAAQS).

In an October 18, 2023, final *Federal Register* notice (88 FR 71757), the EPA found that Texas failed to submit SIP revisions for the San Antonio nonattainment area addressing the CAA sections 172, 182(b), and 182(f) Moderate area elements, as follows:
- Nonattainment New Source Review (NNSR) program
- Plan for 15% Reasonable Further Progress (RFP) over 6 years
- Attainment Demonstration
- Reasonably Available Control Measures (RACM)
- Major source Volatile Organic Compounds/Nitrogen Oxides (VOC/NO$_X$) Reasonably Available Control Technology (RACT)
- Non-Control Techniques Guidelines (CTG) VOC RACT for major sources
- Contingency Measures
- Basic emissions Inspection and Maintenance (I/M) program

The EPA's October 18, 2023, finding started mandatory permitting sanction and highway sanction clocks for the San Antonio area under CAA section 179(b).

On December 18, 2023, the TCEQ submitted a SIP revision to expand the state's existing I/M program into Bexar County to satisfy the 2015 ozone NAAQS Moderate area basic program requirement. On May 7, 2024, the TCEQ submitted a RACT analysis for the San Antonio area. The EPA found these submittals complete on March 11, 2024, and August 19, 2024. On April 8, 2025, EPA's final approval of the SIP revision addressing the I/M program in Bexar County was published in the *Federal Register* (90 FR 15119).

On June 20, 2024, the EPA granted Texas Governor Greg Abbott's request to voluntarily reclassify the San Antonio ozone nonattainment area from Moderate to Serious for the 2015 ozone NAAQS (89 FR 51829). Consistent with the voluntary reclassification and the EPA's January 17, 2025, final rule *State Implementation Plan Submittal Deadlines and Implementation Requirements for Reclassified Nonattainment Areas Under the Ozone National Ambient Air Quality Standards* (90 FR 5651), TCEQ is no longer required to submit the following 2015 ozone NAAQS Moderate area SIP revisions identified in the EPA's October 18, 2023, final action:
- An Attainment Demonstration tied to the 2015 ozone NAAQS Moderate attainment date (i.e., September 24, 2024).
- A RACM analysis tied to the 2015 ozone NAAQS Moderate attainment date (i.e., September 24, 2024).
- Contingency Measures specifically related to the San Antonio area's failure to attain by the 2015 ozone NAAQS Moderate attainment date (i.e., September 24, 2024).

Texas' April 17, 2025, SIP submittals address the remaining required Moderate area elements in the October 18, 2023, finding of failure to submit for the San Antonio area: NNSR, RFP, and Contingency Measures for RFP. The EPA has reviewed the submittals against the 40 CFR Part 51, Appendix V SIP submittal completeness criteria and determined that the submission for these elements is complete. As a result of the affirmative completeness determination today, the mandatory CAA section 179(b) permitting sanction and highway sanction will not take effect in the San Antonio nonattainment area. The mandatory sanctions clock is stopped permanently by this completeness determination letter. Please note that a completeness determination does not constitute a finding on the merits of a submission or whether it meets the relevant criteria for SIP approval. We are currently reviewing each SIP revision to determine its approvability and will announce our proposed decision in the *Federal Register*.

If you or your staff have any questions regarding this letter, please contact our Ozone and Infrastructure Section Manager, Melanie Magee, by email at magee.melanie@epa.gov or by telephone at 214-665-7161.

Sincerely,

JAMES MCDONALD
Digitally signed by JAMES MCDONALD
Date: 2025.04.30 09:37:05 -05'00'

James McDonald
Director
Air and Radiation Division

cc: Mr. Cory Chism, Director, Air Quality Division
Ms. Donna F. Huff, Deputy Director, Air Quality Division