# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 14, 2025

Mr. Jeffrey Hughes
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Mr. Benjamin Wallace Mendelson
Office of the Texas Attorney General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 23-60635    State of Texas v. EPA
                       USDC No. 88 Fed. Reg. 71,757

Dear Counsel:

The court directs the parties to file simultaneous letter briefs on or before May 27, 2025, identifying what injury to Texas remains in this case. Further, would any decision by EPA on the State Implementation Plan submitted on April 17, 2025, be reviewable in the current case before this court?

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

cc:  Mr. William Francis Cole
     Mr. Jeffrey Prieto