# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 18, 2025
Lyle W. Cayce
Clerk

No. 23-60635

State of Texas; Texas Commission on Environmental Quality,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Lee Zeldin, *Administrator, United States Environmental Protection Agency,*

*Respondents.*

———————————————————

Appeal from the Environmental Protection Agency
Agency No. 88 Fed. Reg. 71,757

———————————————————

UNPUBLISHED ORDER

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for review is DISMISSED as moot. Judge Engelhardt dissents.